NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov

*Attorneys for United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00176-RFB-VCF |
| Plaintiff, | |
| v. | **Stipulation To Extend Government's Time To Respond To Defendant's Motion For Review of Magistrate Judge's Detention Order** (First Request) |
| **JOSE DAVID GARCIA-GUTIERREZ,** | |
| Defendant. | |

This is timely filed. ECF 18.

The government and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for the defendant, Jose David Garcia-Gutierrez, ("Garcia"), do stipulate and agree that the government shall have an additional seven days, up to and including Thursday, August 15, 2019, in which to respond to Garcia's Motion For Review of Magistrate Judge's Detention Order, ("Motion"), ECF 16 and 17. This case is presently set for trial on or about September 23, 2019, and the brief 7-day extension agreed to herein will not disturb the trial setting.

///

1

This stipulation is entered into for the following reasons:

1.  The Government's response is presently due on Thursday, August 8, 2019. Counsel for both parties agree to the above-requested 7-day extension of time for the government to file its response to the pending Motion. Garcia is in custody pending trial but the brief 7-day extension will not disturb the September 2019 trial setting. Counsel for the defendant has represented that the defense does not oppose the proposed extension of time for the Government to file its response to the Motion.

2.  The Motion does not include a transcript or recording of the detention hearing at issue. Government counsel obtained a copy of the recorded hearing late yesterday, August 7, but will need additional time to review it and incorporate it into an appropriate response. Additionally, the defendant's disc that was manually served on the government, ECF 17 Exhibit A, was defective. AFPD Wong provided a replacement disc late yesterday, August 7, but the government will need additional time to review it and incorporate it into an appropriate response.

3.  The 7-day extension of time to file the government's response is not sought merely for purposes of delay. The additional time requested herein is necessary to allow the government sufficient time within which to be able to effectively and thoroughly investigate, research, and respond appropriately to the Motion. Trial is set for September 23, 2019. The 7-day extension will not disturb the parties' ability to proceed to trial on that date, and is not unduly prejudicial to the defense.

4.  The parties agree that the government shall have an additional seven days, up to and including Thursday, August 15, 2019, in which to respond to the Motion.

5.  Denial of this request for additional time would deny the parties the

opportunity of having continuity of counsel, taking into account the exercise of due diligence. Further, denial of this request could result in a miscarriage of justice and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D), and 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

This is the first request to extent the government's time to respond to the Motion.

DATED this 8th day of August, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender<br>District of Nevada | NICHOLAS A. TRUTANICH<br>United States Attorney<br>District of Nevada |
| /s/ Andrew Wong<br>ANDREW WONG<br>Assistant Federal Public Defender<br>Counsel for Defendant | /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant U.S. Attorney |

3

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00176-RFB-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| **JOSE DAVID GARCIA-GUTIERREZ,** | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The Government's response is presently due on Thursday, August 8, 2019. Counsel for both parties agree to the above-requested 7-day extension of time for the government to file its response to the pending Motion. Garcia is in custody pending trial but the brief 7-day extension will not disturb the September 2019 trial setting. Counsel for the defendant has represented that the defense does not oppose the proposed extension of time for the Government to file its response to the Motion.

2. The Motion does not include a transcript or recording of the detention hearing at issue. Government counsel obtained a copy of the recorded hearing late yesterday, August 7, but will need additional time to review it and incorporate it into an appropriate response. Additionally, the defendant's disc that was manually served on the government, ECF 17 Exhibit A, was defective. AFPD Wong provided a replacement disc late yesterday, August 7, but the government will need additional time to review it and incorporate it into an appropriate response.

3. The 7-day extension of time to file the government's response is not sought merely for purposes of delay. The additional time requested herein is necessary to allow the government sufficient time within which to be able to effectively and thoroughly investigate, research, and respond appropriately to the Motion. Trial is set for September 23, 2019. The 7-day extension will not disturb the parties' ability to proceed to trial on that date, and is not unduly prejudicial to the defense.

4. The parties agree that the government shall have an additional seven days, up to and including Thursday, August 15, 2019, in which to respond to the Motion.

5. Denial of this request for additional time would deny the parties the opportunity of having continuity of counsel, taking into account the exercise of due diligence. Further, denial of this request could result in a miscarriage of justice and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D), and 3161(h)(7)(A), considering the

/ / /
/ / /
/ / /

factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

This is the first request to extent the government's time to respond to the Motion. 1.

THEREFORE, IT IS HEREBY ORDERED that the government shall have an additional seven days, up to and including Thursday, August 15, 2019, in which to respond to the defendant's motion.

DATED this 9th day of August, 2019.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE